# ALL EXHIBITS CONFIDENTIAL