IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 97-417-KAJ |
| | : | |
| LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for movant Elster Electricity LLC to file its reply in support of its Motion to Enforce Settlement Agreement shall be extended to February 17, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Julia Heaney | /s/ Oleh Bilynsky |
| Julia Heaney (#3052) | Rudolf E. Hutz (#484) |
| 1201 N. Market Street | N. Richard Powers (#494) |
| P.O. Box 1347 | Oleh Bilynsky (#3604) |
| Wilmington, DE 19899 | 1007 North Orange Street |
| (302) 658-9200 | P.O. Box 2207 |
| jheaney@mnat.com | Wilmington, DE 19899 |
| *Attorneys for Movant Elster Electricity LLP* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge