# EXHIBIT D

# FULLY REDACTED