# EXHIBIT E

Oct-04-05   12:38pm   From-WoodcockWashburn                +2155683439        T-649   P.004/010   F-996

# James K. Roberge

## Personal Information

| | |
|---|---|
| Birthdate and Place: | June 13, 1938, Jersey City, New Jersey |
| Marital Status: | Married, two children |
| Security Clearance: | Secret or higher, continuously since 1961 |
| Home Address: | 111 Lexington Road<br>Lincoln, Massachusetts 01773<br>Telephone: (781) 259-1811 |
| Business Address: | Room 38-483, Massachusetts Institute of Technology<br>Cambridge, Massachusetts 02139<br>Telephone: (617) 253-5994<br>(781) 981-4088 |

## Education

Massachusetts Institute of Technology, Cambridge, Massachusetts

September 1956 to June 1963, September 1964 to September 1966

Degrees:   Sc.D., Electrical Engineering, 1966
S.M., Electrical Engineering, 1962
S.B., Electrical Engineering, 1960

## Professional Interests

Electronic circuits and systems design. Application of feedback techniques.

Interesting business situations.

## Professional Experience

Massachusetts Institute of Technology: Research Assistant, Research Engineer, Postdoctoral Research Associate, Assistant Professor of Electrical Engineering, Associate Professor of Electrical Engineering, Professor of Electrical Engineering, 1960 to date.

M.I.T. Lincoln Laboratory, Lexington, Massachusetts: Visiting Scientist, Summers since 1969.

Kearfott Company, Little Falls, New Jersey: Engineering Trainee and Engineer,

Summers, 1958 – 1961.

Consultant: 1961 to present (see last four pages for list of clients).

**Major Publications**

Book, Analog Circuit Design: Art, Science, and Personalities, ed. Jim

Williams, Butterworth-Heinemann, 1991. (Section 3.10), *Propagation of the*

*Race (of Analog Circuit Designers)*, p. 79-88.

Video Course, *Electronic Feedback Systems*, MIT Center for Advanced Engineering

Studies, 1986. Includes twenty 50-minute lectures and a study guide.

Book, Operational Amplifiers: Theory and Practice, John Wiley & Sons,

New York, New York, 1975.

Book, (Chapter 12), *Methods of Experimental Physics*, Volume 2 (Electronic

Methods), Second Edition, Academic Press, New York, New York, 1975.

Book, (Coauthor with B. D. Wedlock), Electronic Components and Measurements,

Prentice Hall, Englewood Cliffs, New Jersey, 1969. (Also translated into
Spanish, *Componentes Electronicos y Mediciones*.)

Also the author or coauthor of approximately 30 technical publications and papers.

**United States Patents**

Application Number 60/351,065, System for Regulating Optical Output Power

Application Number 09/627,995, Multi-element Capacitive-Based Vibration

*Measurement Systems*
Number 6,320,334, *Controller for a Linear Accelerator*
Number 5,723,980, *Clearance Measurement System*
Number 5,189,376, Method for Measurement of Capacitance, with Application

*To Linear Measurement of Distance*
Number 5,111,065, Diode Driver circuit Utilizing Discrete-Value DC Current Source

Number 5,023,431, Linearized Thermal Feedback Circuit and Temperance

*Controller Circuit Utilizing the Same*
Number 4680554, Real Time Network Receiver System Fast Settling Amplifier

Number 4300094, *Finish Measuring Method and Apparatus*
Number 3940979, *High-Accuracy Optical Torquemeter*
Number 3857021, Multiplying Current Mode Digital-to-Analog Converter

Number 3670180, *Intervalometer*

**Professional Society Affiliations:**

| | |
|---|---|
| Senior Member | I.E.E.E. |
| Member | Eta Kappa Nu |
| Member | Sigma Xi |
| Member | Tau Beta Pi |

**Miscellaneous:**

Western Electric Fund Award for Excellence in Instruction of Engineering

   Students, presented by the New England Section of the American Society for

   Engineering Education, 1976.

**Consulting Clients:**

**Present:** (There has been some professional interaction within the past five years).

   Adaptive Optics, Incorporated, Cambridge, MA
   Aerogage Corporation (also co-founder), Sterling, MA
   Agfa Imaging Division, Hudson, NH
   Analog Devices, Incorporated, Wilmington, MA
   Brown & Bain, Phoenix, AZ
   Cooley Godward, LLP, Palo Alto, CA
   Cosman Corporation, Belmont, MA
   E. I. Du Pont de Nemours & Company, Wilmington, DE
   Edwards and Angell, LLP, Boston, MA
   Fish & Neave, New York, NY
   Fitzpatrick, Cella, Harper and Scinto, New York, NY
   Hale & Dorr, LLP, Boston, MA
   Kirkpatrick & Lockhart, LLP, Pittsburgh, PA
   Latham & Watkins, New York, NY
   Leydig, Voit & Mayer, Limited, Chicago, IL
   Malachite Technology, Incorporated, Methuen, MA
   PhotonEx, Incorporated, Maynard, MA
   Quality Engineering Associates, Incorporated, Lexington, MA

Spectra Systems, East Providence, RI
Sycamore Networks, Incorporated, Tewksbury, MA
3-M Telecom Systems Division, Austin, TX
Wood, Herron & Evans, Cincinnati, OH
Woodcock, Washburn, Kurtz, Mackiewicz & Norris, LLP, Philadelphia, PA

Past:

AT&T, New York, NY
Abcor, Incorporated, Cambridge, MA
ADAPS, Incorporated, Dedham, MA
Addison-Wesley, Incorporated, Reading, MA
ADE Corporation, Newton, MA
Aetna Telecommunications Laboratories, Westborough, MA
American Optical Corporation, Southbridge, MA
Applecon, Incorporated, Burlington, MA
Arthur D. Little, Incorporated, Cambridge, MA
Avco-Everett Research Laboratory, Incorporated, Everett, MA
Avco, Systems Division, Wilmington, MA
Baker & Botts, Washington, D.C.
Ballard, Spahr, Andrews & Ingersoll, Philadelphia, PA
Banner, Birch, McKie & Beckett, Washington, D.C.
BBN, Cambridge, MA
Bell Laboratories, North Andover, MA
Bingham, Dana & Gould, Boston, MA
Block Engineering, Incorporated, Cambridge, MA
Boston Technology, Cambridge, MA
Bowcan Engineering Corporation, Boston, MA
Brandeis University, Waltham, MA
Cassidy, Schade & Gloor, Chicago, IL
Cesari & McKenna, Boston, MA
Codem Systems, Incororated, Hollis, NH
Coherent Diagnostic Technology, LLC, Concord, MA
Computek, Incorporated, Cambridge, MA
Comsat Laboratories, Clarksburg, MD
Concord Control, Incorporated, Boston, MA
Control Logic, Incorporated, Natick, MA
Cyberstar, Incorporated, Santa Rosa, CA
Data Systems International, Incorporated, Woburn, MA
Dense, Erdmann & Clapp, Burlington, VT
Design Automation, Incorporated, Lexington, MA
Dewey, Ballantine, Bushby, Palmer & Wood, New York, NY
Diano Corporation, Woburn, MA
Diversified Technologies, Incorporated, Lexington, MA
Dolan and Jenner, Incorporated, Lawrence, MA
Education Development Center, Newton, MA
Ektron Applied Imaging, Incorporated, Bedford, MA

Oct-04-05   12:39pm   From-WoodcockWashburn   +2155683439   T-649   P.008/010   F-996

Electro-Biology, Incorporated, Fairfield, NJ
Emerson Electric Company, White Rodgers Division, St. Louis, MO
G.P.S. Instrument Company, Incorporated, Newton, MA
Foley, Hoag & Elliott, Boston, MA
GCA Corporation, Andover, MA
General Adjustment Bureau, Incorporated, Boston, MA
General Resistance, Incorporated, Mount Vernon, NY
General Scanning, Incorporated, Watertown, MA
The Gillette Company, Cambridge, MA
Gould Incorporated, Rolling Meadows, IL
    Also past member, Electronic Products Business Section Operating Board
Greene & Hoffman, Boston, MA
GW Instruments, Incorporated, Somerville, MA
Harris, Incorporated, Melbourne, FL
H-H Aerospace Design Corporation, Cambridge, MA
Heidelex Corporation, Chelmsford, MA
Helitron, Incorporated, Boston, MA
Holt, Rinehart, and Winston, Incorporated, New York, NY
Honeywell, Incorporated, Lexington, MA
Hughes Danbury Optical Systems, Incorporated, Danbury, CT
Hume, Clement, Brinks, Willian & Olds, Limited, Chicago, IL
Hybrid Systems Corporation, Bedford, MA
    Also past member, Board of Directors
Hybrid Division of Sipex Corporation, Billerica, MA
INT Labs, Incorporated, Austin, TX
International Equipment Company, Needham Heights, MA
Irell & Manella, LLP, Los Angeles, CA
Itek Composition Systems, Incorporated, Wilmington, MA
John Wiley and Sons, Incorporated, New York, NY
Kaber Imaging Incorporated, Hudson, NH
Kaye Instruments, Incorporated, Bedford, MA
Keithley Instruments, Incorporated, Cleveland, OH
Kenyon & Kenyon, New York, NY
Lasertron, Incorporated, Burlington, MA
LNR Communications, Incorporated, Happauge, NY
M/A-COM, Waltham, MA
Mahr Leonard Management Company, Dallas, TX
Mech-El Industries, Incorporated, Woburn, MA
Micro Pure Systems, Incorporated, Smithfield, RI
Microsensors, Incorporated, Holliston, MA
Midland Ross Corporation, Livingston, NJ
Ministry of Industry and Energy, Algeria
Misomex International, Incorporated, Hudson, NH
M.I.T. Lincoln Laboratory, Lexington, MA
Morrison & Foerster, San Francisco, CA
Newport Engineering, Incorporated, Fountain Valley, CA

New York State University, Stony Brook, NY
Northeastern University, Boston, MA
Northrop Corporation, Norwood, MA
Nussbaum, Owen & Webster, Washington, D.C.
Nutter, McClennan & Fish, Boston, MA
Ohio State University, Aero and Astro Research Laboratory, Columbus, OH
Palmer & Dodge, Boston, MA
Phoenix Electric Company, Canton, MA
Polyonics Corporation, Newburyport, MA
PRC, Incorporated, Reston, VA
Prentice Hall, Incorporated, Englewood Cliffs, NJ
Prime Technology, North Branford, CT
Proconics International, Incorporated, Woburn, MA
Prudential Securities, Incorporated, New York, NY
Pyramid Technical Consultants, Incorporated, Waltham, MA
Raytheon Company, Equipment Development Laboratories, Wayland, MA
Raytheon Company, Hybrid Circuits Operation, Quincy, MA
Raytheon Company, Microwave Tube Operation, Waltham, MA
Raytheon Company, Special Microwave Device Operation, Northboro, MA
RCA, Somerville, NJ
Reflection Technology, Incorporated, Waltham, MA
Revlon, Incorporated, New York, NY
Rockwell International Science Center, Thousand Oaks, CA
Ross Control Corporation, Waltham, MA
Schlumberger Technology Corporation, Ridgefield, CT
Schnader, Harrison, Segal & Lewis, Philadelphia, PA
Semmes, Bowen & Semmes, Baltimore, MD
Sensor Metric Corporation, Holliston, MA
Stocker and Yale, Incorporated, Beverly, MA
Teledyne Philbrick, Incorporated, Dedham, MA
Teradyne, Incorporated, Boston, MA
Townley & Updike, New York, NY
Townsend & Townsend, Palo Alto, CA
Transportation Systems Center (U.S. Government), Cambridge, MA
Ultra Clean International Corporation, Woburn, MA
UNEX Laboratories, Incorporated, Danvers, MA
United Technologies Corporation, East Hartford, CT
Varian Extrion, Incorporated, Gloucester, MA
Vibro-Meter Corporation, Billerica, MA
Visidyne Corporation, Burlington, MA
Weingarten, Schurgin, Gagnebin & Hayes, Boston, MA
Wolf, Greenfield & Sachs, P.C., Boston, MA
Wolin & Rosen, Chicago, IL

Oct-04-05   12:40pm   From-WoodcockWashburn           +2155683439         T-649  P.010/010  F-996

Additional Publications (within last 10 years):

Velazquez, S.R.; Nguyen, T.Q.; Broadstone, S.R.; Roberge, J.K., *A hybrid filter bank approach to analog-to-digital conversion*, Proceedings of the IEEE-SP International Symposium on

Time-Frequency and Time-Scale Analysis (Cat. No.94TH8007) p.116-19 (IEEE, New York, NY, 1994)

Klibbe, T.E.; Swanson, E.A.; Roberge, J.K., *Spatial tracking using an electro-optic nutator and a single-mode optical fiber*, Proceedings of the SPIE - The International Society for Optical

Engineering, vol.1635, p.309-17 (1992)

Denison TA; Roberge JK; Branton D, *A new integrating patch clamp amplifier eliminates discontinuous "resets"*, BIOPHYSICAL JOURNAL, V. 78, N. 1, PP. 1576-1576 (2000)