# EXHIBIT G

# FULLY REDACTED