IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 97-417-KAJ |
| | : | |
| LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG, | : : : : | |
| | : | |
| Defendant. | : | |

**ELSTER ELECTRICITY LLC'S REQUEST FOR ORAL ARGUMENT
ON ITS MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pursuant to D. Del. L.R. 7.1.4, movant Elster Electricity LLC ("Elster") respectfully request oral argument on its Motion To Enforce Settlement Agreement (D.I. 58) filed on January 20, 2006. The Motion is fully briefed and ready for the Court's consideration.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Steven J. Rocci
Steven B. Samuels
Vincent J. Roccia
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA  19103

*/s/ Julia Heaney*
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Movant Elster Electricity LLP*

February 22, 2006

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on February 22, 2006, I electronically filed Elster Electricity LLC's Request For Oral Argument On Its Motion to Enforce Settlement Agreement with the Clerk of the Court using CM/ECF, which will send electronic notification to:

>Rudolf E. Hutz, Esquire
>N. Richard Powers, Esquire
>Oleh Bilynsky, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899

I also certify that copies were caused to be served on February 22, 2006 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

>James M. Bollinger, Esquire
>Morgan, Lewis & Bockius LLP
>101 Park Avenue
>New York, NY  10178-0060

*/s/ Julia Heaney (#3052)*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jheaney@mnat.com