IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABB POWER T&D COMPANY, INC., (now Elster Electricity LLP)<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG, (now Landis+Gyr Inc.)<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　C.A. No. 97-417-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for Defendants to file their answering brief to Elster's Motion to Enjoin Landis from Prosecuting its Declaratory Judgment Action shall be extended to March 14, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Julia Heaney<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jheaney@mnat.com<br>　*Attorneys for Elster Electricity LLP* | /s/ Oleh V. Bilynsky<br>Rudolf E. Hutz (#484)<br>N. Richard Powers (#494)<br>Oleh V. Bilynsky (#3604)<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141<br>　*Attorneys for Movants Defendants* |

SO ORDERED this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Court Judge