IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC., (now Elster Electricity LLP) | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 97-417-KAJ |
| LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG, (now Landis+Gyr Inc.) | : : : : : : | |
| Defendants. | : | |

**LANDIS+GYR'S REQUEST FOR ORAL ARGUMENT ON ELSTER'S MOTION TO ENJOIN LANDIS FROM PROSECUTING ITS DECLARATORY JUDGMENT ACTION**

Pursuant to D. Del. L.R. 7.1.4, respondent Landis+Gyr Inc. respectfully requests oral argument on Elster's Motion to Enjoin Landis from Prosecuting its Declaratory Judgment Action ("Elster's Motion to Enjoin").

Moreover, Landis+Gyr respectfully requests the Court to hold the hearing requested by Elster on its Motion to Enforce Settlement Agreement in abeyance until Elster's Motion to Enjoin is fully briefed. These two motions are based on inter-related facts and arguments, and how the Court decides one may depend on how it decides the other.

Dated: March 7, 2006

OF COUNSEL:
James M. Bollinger
Steven D. Underwood
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

CONNOLLY BOVE LODGE & HUTZ LLP

/s/   Oleh V. Bilynsky
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
Oleh V. Bilynsky (#3604)
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
*Attorneys for Movants Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2006 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

/s/ Oleh V. Bilynsky
Oleh V. Bilynsky (#3604)