IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 97-417-MMS |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS & GYR UTILITIES SERVICES HOLDING, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG | ) ) ) ) ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of ELSTER'S MOTION TO ENJOIN LANDIS FROM PROSECUTING ITS DECLARATORY JUDGMENT ACTION, it is hereby ORDERED that said MOTION is DENIED in its entirety.

**SO ORDERED** this _____ day of _____, 2006

_____
United States District Judge

1-NY/2012728.4