**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2006 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld
Julia Heaney
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801

/s/ Oleh V. Bilynsky
Oleh V. Bilynsky (#3604)