# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

March 29, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: Landis+Gyr Inc. v. Elster Electricity LLC
C.A. No. 06-82-KAJ

ABB Power T&D Company, Inc. (now Elster Electricity LLC) v.
Landis & Gyr Utilities Services Holdings, Inc., et al.
C.A. No. 97-417-KAJ

Dear Judge Jordan:

We are in receipt of Your Honor's March 28 letter concerning scheduling an initial Rule 16 conference in *Landis+Gyr, Inc. v. Elster Electricity LLC,* C.A. No. 06-82-KAJ ("the Landis Action").

On behalf of Elster Electricity LLC ("Elster"), I am writing to ensure that Your Honor is aware that the Landis Action is related to an underlying previously filed action, *ABB Power T&D Company, Inc. v. Landis & Gyr Utilities Services Holdings, Inc., et al.,* C.A. No. 97-417-KAJ ("the Elster Action"), a patent infringement case between the parties' predecessors that settled in 1998. Elster filed a Motion to Enforce the Settlement Agreement in the Elster Action on January 19, 2006, and Landis filed the Landis Action in response. Elster has since filed a Motion to Enjoin Landis from prosecuting the Landis Action (D.I. 58, C.A. No. 97-417-KAJ), and also filed a Motion to Dismiss the Landis Action (D.I. 6, C.A. No. 06-82-KAJ), based in part on the ground that the Elster Action should take precedence as the first-filed action.

In view of these pending motions on issues that are prerequisite to setting a schedule in the Landis Action, Elster respectfully requests that the Court refrain from scheduling the initial Rule 16 conference until the Court decides Elster's Motion to Enjoin and Motion to Dismiss. By doing so, the parties and the Court would be spared the unnecessary expense of conferring on and resolving a joint proposed scheduling order, should the Court grant either of Elster's motions. Alternatively, Elster requests that all of the matters presently before the Court

The Honorable Kent A. Jordan
March 29, 2005
Page 2

in these two actions be taken up together so as to avoid duplication of effort, and to avoid the possibility of inconsistent results. Counsel are available for a telephone conference on these issues if it would assist the Court.

Respectfully,

*Julia Heaney*
Julia Heaney (#3052)

JH/cbn
cc:  Oleh V. Bilynsky, Esquire (By E-filing)
     James Bollinger (By E-filing)