IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 97-417-KAJ |
| | : | |
| LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYR UTILITIES SERVICES, INC. and ELECTROWATT AG, | : : : : | |
| | : | |
| Defendant. | : | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for movant Elster Electricity LLC to file its reply brief in support of its Motion to Enjoin Landis From Prosecuting Its Declaratory Judgment Action shall be extended to April 11, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Julia Heaney
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Movant Elster Electricity LLP*

/s/ Oleh Bilynsky
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
Oleh Bilynsky (#3604)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
  *Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge