IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABB POWER T&D COMPANY, INC. (now Elster Electricity LLP), <br><br> Plaintiff, <br><br> v. <br><br> LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYRE UTILITIES SERVICES, INC., and ELECTROW AT AG (now Landis+Gyr Inc.), <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 97-417-KAJ ) ) ) ) ) ) ) ) ) |

### ORDER

Oral argument on plaintiff's motion to enforce judgment (D.I. 58) and motion to enjoin Landis from prosecuting its declaratory judgment action (D.I. 63) in the above-captioned action will be heard on **June 1, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_/s/ Kent Jordan_
UNITED STATES DISTRICT JUDGE

May 3, 2006
Wilmington, Delaware