IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABB POWER T&D COMPANY, INC. (now Elster Electricity LLP), <br><br> Plaintiff, <br><br> v. <br><br> LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYRE UTILITIES SERVICES, INC., and ELECTROW AT AG (now Landis+Gyr Inc.), <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 97-417-KAJ |

### ORDER

At Wilmington this **23rd** day of **May, 2006**,

IT IS ORDERED that the oral argument on plaintiff's motion to enforce judgment (D.I. 58) and motion to enjoin Landis from prosecuting its declaratory judgment action (D.I. 63) presently set for **June 1, 2006 at 2:00 p.m.** is hereby rescheduled to **May 31, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

May 23, 2006
Wilmington, Delaware