IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABB POWER T&D COMPANY, INC. (now Elster Electricity LLP), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 97-417-KAJ |
| LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYRE UTILITIES SERVICES, INC., and ELECTROW AT AG (now Landis+Gyr Inc.), | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **30th** day of **May, 2006,**

IT IS ORDERED that the oral argument on plaintiff's motion to enforce judgment

(D.I. 58) and motion to enjoin Landis from prosecuting its declaratory judgment action

(D.I. 63) presently set for **May 31, 2006 at 2:00 p.m.** is hereby rescheduled to **June 6,**

**2006 at 9:00 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building,

Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE