IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABB POWER T&D COMPANY,                    :
(now Elster Electricity LLP),             :
                      Plaintiff,          :
                                          :
                                          :
            v.                            :         C.A. No. 97-417-KAJ
                                          :
LANDIS & GYR UTILITIES SERVICES           :
HOLDINGS, INC., LANDIS & GYRE             :
UTILITIES SERVICES, INC. and              :
ELECTROW AT AG (now Landis+Gyr            :
Inc.)                                     :
                      Defendants.         :

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.6 and the attached certifications, counsel moves the admission

*pro hac vice* of Steven D. Underwood and James M. Bollinger to represent Plaintiff Landis &

Gyr Utilities Services Holdings, Inc. Landis & Gyre Utilities Services, Inc., and Electrow AT

AG in this matter.

Dated: June 6, 2006                    CONNOLLY BOVE LODGE & HUTZ LLP


                                       _____
                                       N. Richard Powers (#494)
                                       The Nemours Building
                                       1007 North Orange Street
                                       P.O. Box 2207
                                       Wilmington, DE 19899
                                       (302) 658-9141

                                       Attorney for Defendants


### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Dated: _____          _____
                                United States District Judge


457681

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date June 6, 2006

Steven D. Underwood

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date 6/6/06

James M. Bollinger