IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABB POWER T&D COMPANY, INC. (now Elster Electricity LLP),<br><br>Plaintiff,<br><br>v.<br><br>LANDIS & GYR UTILITIES SERVICES HOLDINGS, INC., LANDIS & GYRE UTILITIES SERVICES, INC., and ELECTROW AT AG (now Landis+Gyr Inc.),<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 97-417-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **6th** day of **June, 2006**,

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that plaintiff's motion to enforce settlement agreement (D.I. 58) is DENIED AS MOOT.

IT IS FURTHER ORDERED that plaintiff's motion to enjoin Landis from prosecuting its declaratory judgment action (D.I. 63) is DENIED.

_____
UNITED STATES DISTRICT JUDGE