IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABB POWER T&D COMPANY,                )
(now Elster Electricity LLP),         )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )        C.A. No. 97-417 (KAJ)
                                      )
LANDIS & GYR UTILITIES SERVICES       )
HOLDINGS, INC., LANDIS & GYRE         )
UTILITIES SERVICES, INC. and          )
ELECTROW AT AG (now Landis+Gyr        )
Inc.),                                )
                    Defendants.       )

## SUBSTITUTION OF COUNSEL

Pursuant to District of Delaware Local Rule 83.7, James D. Heisman of Connolly Bove

Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby

enters his appearance as counsel for defendants Landis & Gyr Utilities Services Holdings, Inc.,

Landis & Gyre Utilities Services, Inc. and Electrow AT AG (now Landis+Gyr Inc.); and Oleh V.

Bilynsky of Womble, Carlyle, Sandridge, & Rice PLLC, 222 Delaware Ave., 15th Floor,

Wilmington, DE 19801, withdraws his appearance as counsel for defendants Landis & Gyr

Utilities Services Holdings, Inc., Landis & Gyre Utilities Services, Inc. and Electrow AT AG

(now Landis+Gyr Inc.).

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman
James D. Heisman (Bar No. 2746)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

DATED:  June 7, 2006


WOMBLE CARLYLE SANDRIDGE
 & RICE PLLC

/s/ Oleh V. Bilynsky
Oleh V. Bilynsky (Bar No. 3604)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(336) 721-3600

DATED:  June 7, 2006


OF COUNSEL:

James M. Bollinger
Steven D. Underwood
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

Dated:  June 7, 2006

## CERTIFICATE OF SERVICE

I, James D. Heisman hereby certify that on June 7, 2006, a true and correct copy of the

foregoing document was caused to be served upon the following in the manner indicated below:

ECF will send an e-notice of the electronic filing
and via hand delivery to:

Julia Heaney
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

ECF will send an e-notice of the electronic filing to:

Steven J. Rocci
Steven B. Samuels
Vincent J. Roccia
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
215-568-3100

/s/ James D. Heisman
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

469031_1