OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 22, 2008

TO: **Julia Heaney, Esq.**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jhefiling@mnat.com

Dear Counsel:       RE: **CA 97-417 KAJ - ABB Power T& D v. Landis et.al.**

Pursuant to the authority provided in the Order entered on 8/13/1999, the following documents are herewith returned to you:

ITEM #:  58, 63, and 64

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 1·23·08

_____
Signature of Attorney or